MAPADMIN

# U.S. District Court
# Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:22−cv−00018−DGK

Jackson v. Santander Consumer USA Inc. et al
Assigned to: District Judge Greg Kays
Demand: $2,000,000
Cause: 31:3731 Fraud

Date Filed: 01/12/2022
Jury Demand: Plaintiff
Nature of Suit: 375 Other Statutes: False Claims Act
Jurisdiction: Federal Question

**Plaintiff**

**Kris Chapter Jackson** represented by **Kris Chapter Jackson**
P.O. Box 11143
Overland Park, KS 66207
816−298−9355
Email: jackson@chchproductions.com
PRO SE

V.

**Defendant**

**Santander Consumer USA Inc.**
*a Texas for profit Corporation*

represented by **Kevin D Case**
Case Linden Kurtz Buck P.C.
2600 Grand Blvd.
Suite 300
Kansas City, MO 64108
816−979−1500
Fax: 816−979−1501
Email: kevin.case@caselinden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Emily Anne Joyce**
Case Linden Kurtz Buck P.C.
2600 Grand Blvd.
Suite 300
Kansas City, MO 64108
816−979−1500
Fax: 816−979−1501
Email: emily.joyce@caselinden.com
***TERMINATED: 01/17/2023***
*Bar Status: Inactive*

**Trevor Matthews Bond**
Case Linden Kurtz Buck P.C.
2600 Grand Blvd.
Suite 300
Kansas City, MO 64108
816−979−1500
Fax: 816−979−1501

Email: trevor.bond@caselinden.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Chrysler Capital**
*a subsidiary of Santander Consumer USA, Inc.*

**Defendant**

**T.E.N. Investments, Inc.**
*a Missouri for Profit Corporation*

represented by **Kevin D Case**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Trevor Matthews Bond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Soave Automotive Group, Inc.**
*a Missouri for Profit Corporation*

represented by **Kevin D Case**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Trevor Matthews Bond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alexia R. Harman**
Baty Otto Coronado Scheer PC−KCMO
4435 Main Street
Suite 1100
Kansas City, MO 64111
816−531−7200
Email: aharman@batyotto.com
***TERMINATED: 06/20/2023***
*Bar Status: Inactive*

**Emily Anne Joyce**
(See above for address)
***TERMINATED: 01/17/2023***
*Bar Status: Inactive*

**Defendant**

**Aristocrat Motors − Mercedes Benz**
*a for profit business*

**Defendant**

| | | |
|---|---|---|
| **Porsche Cars North America, Inc.**<br>***TERMINATED: 01/17/2023*** | represented by | **Kevin P. Krueger**<br>Sandberg, Phoenix & von Gontard, PC−St. Louis<br>600 Washington Ave.<br>15th Floor<br>St. Louis, MO 63101−1313<br>(314) 231−3332<br>Fax: (314)241−7604<br>Email: kkrueger@spvg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br><br>**Timothy R Tevlin**<br>Sandberg, Phoenix & von Gontard, PC−St. Louis<br>600 Washington Ave.<br>15th Floor<br>St. Louis, MO 63101−1313<br>314−580−3966<br>Fax: 314−241−7604<br>Email: ttevlin@sandbergphoenix.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Marion Battaglia**<br>*an Individual and CEO and President of Aristocrat Motors* | represented by | **Kevin D Case**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br><br>**Trevor Matthews Bond**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Robert Hellweg**<br>*an Individual and Senior Vice President/Marketing Director of Aristocrat Motors* | represented by | **Trevor Matthews Bond**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Angela Lewitzke**<br>*an Individual and Controller / Secretary of Aristocrat Motors* | represented by | **Kevin D Case**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Bar Status: Active*

**Trevor Matthews Bond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Stephanie Anne Turner**
*an Individual and Finance Manager of Aristocrat Motors, Ten Investment, Soave employee*
*also known as*
Sephanie Gador

represented by **Kevin D Case**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Trevor Matthews Bond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Kayce Jones**
*an Individual and Title Specialist of Aristocrat Motors / Soave Automotive Group*

represented by **Kevin D Case**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Trevor Matthews Bond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Does 1−50**

**Defendant**

**Jane Doe**

**Defendant**

**John Does**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/12/2022 | Ï 1 | COMPLAINT against All Defendants by Kris Chapter Jackson. Paid $402, Receipt No. KCMO093474. Service due by 4/12/2022 unless otherwise directed by the court. (Attachments: # 1 Civil Cover Sheet, # 2 Verification Page, # 3 Notice of Lodgment of Exhibits, # 4 Exhibit Sheet, # |

| | | |
|---|---|---|
| | | 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15)(Woods, Gloria) (Additional attachment(s) added on 1/12/2022: # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24, # 29 Exhibit 25, # 30 Exhibit 26, # 31 Exhibit 27, # 32 Exhibit 28, # 33 Exhibit 29, # 34 Exhibit 30, # 35 Exhibit 31, # 36 Exhibit 32, # 37 Exhibit 33, # 38 Exhibit 34, # 39 Exhibit 35, # 40 Exhibit 36, # 41 Exhibit 37, # 42 Exhibit 38, # 43 Exhibit 39, # 44 Exhibit 40, # 45 Exhibit 41, # 46 Exhibit 42) (Woods, Gloria). (Entered: 01/12/2022) |
| 01/12/2022 | Ï 2 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR DEADLINES AND REQUIREMENTS.**<br><br>**Notice of MAP assignment to Program Director.** (Attachments: # 1 MAP General Order)<br><br>Copy of MAP Notice and General Order mailed to Kris Chapter JacksonP.O. Box 11143Overland Park, KS 66207 (Woods, Gloria) (Entered: 01/12/2022) |
| 01/12/2022 | Ï | SUMMONS ISSUED as to Aristocrat Motors − Mercedes Benz, Marion Battaglia, Chrysler Capital, Robert Hellweg, Kayce Jones, Angela Lewitzke, Porsche Cars North America, Inc., Santander Consumer USA Inc., Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Woods, Gloria) (Entered: 01/12/2022) |
| 01/18/2022 | Ï 3 | PRO SE FIRST AMENDED COMPLAINT against All Defendants filed by Kris Chapter Jackson(Ellis, Lindsey) (Entered: 01/18/2022) |
| 01/18/2022 | Ï 4 | PRO SE MOTION for temporary restraining order filed by Kris Chapter Jackson. Suggestions in opposition/response due by 2/1/2022 unless otherwise directed by the court. (Ellis, Lindsey) (Entered: 01/18/2022) |
| 01/18/2022 | Ï 5 | ORDER regarding Plaintiff's unsigned motion for a temporary restraining order. A copy of this order has been mailed and emailed to Plaintiff. Signed on January 18, 2022, by District Judge Greg Kays. (Law Clerk) (Entered: 01/18/2022) |
| 01/19/2022 | Ï 6 | PRO SE AMENDED COMPLAINT against All Defendants Kris Chapter Jackson. (Attachments: # 1 Civil Cover Sheet)(Ellis, Lindsey) (Entered: 01/20/2022) |
| 01/19/2022 | Ï 7 | PRO SE MOTION for temporary restraining order filed by Kris Chapter Jackson. Suggestions in opposition/response due by 2/2/2022 unless otherwise directed by the court. (Ellis, Lindsey) (Entered: 01/20/2022) |
| 01/20/2022 | Ï 8 | PRO SE NOTICE of filing − Notice of Hearing by Kris Chapter Jackson re 7 MOTION for temporary restraining order (Ellis, Lindsey) (Entered: 01/20/2022) |
| 01/25/2022 | Ï 9 | PRO SE VERIFIED STATEMENT and AFFIDAVIT in support of Complaint and Motion for Temporary Restraining order re 7 MOTION for temporary restraining order by Kris Chapter Jackson. (Related document(s) 7 ) (Ellis, Lindsey) (Entered: 01/25/2022) |
| 02/04/2022 | Ï 10 | MOTION for extension of time to file response/reply filed by Trevor Matthews Bond on behalf of Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Suggestions in opposition/response due by 2/18/2022 unless otherwise directed by the court. (Attorney Trevor Matthews Bond added to party Marion Battaglia(pty:dft), Attorney Trevor Matthews Bond added to party Robert Hellweg(pty:dft), Attorney Trevor Matthews Bond added to party Kayce Jones(pty:dft), Attorney Trevor Matthews Bond added to party Angela Lewitzke(pty:dft), Attorney Trevor Matthews Bond added to party Soave Automotive Group, Inc.(pty:dft), Attorney Trevor Matthews Bond added to party T.E.N. Investments, Inc.(pty:dft), Attorney Trevor Matthews Bond added to party Stephanie Anne |

| | | |
|---|---|---|
| | | Turner(pty:dft))(Bond, Trevor) (Entered: 02/04/2022) |
| 02/04/2022 | 11 | SUGGESTIONS in support re 10 MOTION for extension of time to file response/reply filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Related document(s) 10 ) (Bond, Trevor) (Entered: 02/04/2022) |
| 02/07/2022 | 12 | ORDER granting in part and denying in part 10 the Dealership Defendants' Motion for an Extension of Time. A copy of this order has been mailed and emailed to Plaintiff. Signed on February 7, 2022, by District Judge Greg Kays. (Law Clerk) (Entered: 02/07/2022) |
| 02/10/2022 | 13 | NOTICE of appearance by Kevin P. Krueger on behalf of Porsche Cars North America, Inc. (Attorney Kevin P. Krueger added to party Porsche Cars North America, Inc.(pty:dft))(Krueger, Kevin) (Entered: 02/10/2022) |
| 02/10/2022 | 14 | NOTICE of appearance by Timothy R Tevlin on behalf of Porsche Cars North America, Inc. (Attorney Timothy R Tevlin added to party Porsche Cars North America, Inc.(pty:dft))(Tevlin, Timothy) (Entered: 02/10/2022) |
| 02/10/2022 | 15 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION for more definite statement filed by Timothy R Tevlin on behalf of Porsche Cars North America, Inc.. Suggestions in opposition/response due by 2/24/2022 unless otherwise directed by the court. (Tevlin, Timothy) (Entered: 02/10/2022) |
| 02/10/2022 | 16 | SUGGESTIONS in support re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION for more definite statement filed by Timothy R Tevlin on behalf of Defendant Porsche Cars North America, Inc.. (Related document(s) 15 ) (Tevlin, Timothy) (Entered: 02/10/2022) |
| 02/10/2022 | 17 | NOTICE of filing *REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER OR ALTERNATIVELY, A PRELIMINARY INJUNCTION* by Porsche Cars North America, Inc. re 7 MOTION for temporary restraining order (Tevlin, Timothy) (Entered: 02/10/2022) |
| 02/10/2022 | 18 | SECOND AMENDED COMPLAINT against All Defendants by Kris Chapter Jackson.(Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | 19 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Aristocrat Motors − Mercedes Benz served on 1/21/2022, answer due 2/11/2022. *Return of Service date verified using USPS tracking* (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | 20 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Chrysler Capital served on 1/25/2022, answer due 2/15/2022. (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | 21 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Kayce Jones served on 1/21/2022, answer due 2/11/2022.*Return of Service verified with USPS tracking (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | 22 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Marion Battaglia served on 1/22/2022, answer due 2/14/2022. (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | 23 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Porsche Cars North America, Inc. served on 1/24/2022, answer due 2/14/2022. (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | 24 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Robert Hellweg served on 1/21/2022, answer due 2/11/2022. *Return of Service verified with USPS Tracking (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | 25 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Santander Consumer USA Inc. served on 1/25/2022, answer due 2/15/2022. (Ellis, Lindsey) (Entered: 02/10/2022) |

| | | |
|---|---|---|
| 02/10/2022 | Ï 26 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Soave Automotive Group, Inc. served on 1/21/2022, answer due 2/11/2022. (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | Ï 27 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. T.E.N. Investments, Inc. served on 1/21/2022, answer due 2/11/2022. (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/10/2022 | Ï 28 | RETURN OF SERVICE of complaint executed by Kris Chapter Jackson. Stephanie Anne Turner served on 1/21/2022, answer due 2/11/2022. (Ellis, Lindsey) (Entered: 02/10/2022) |
| 02/11/2022 | Ï 29 | MOTION to strike 18 Amended Complaint filed by Kevin P. Krueger on behalf of Porsche Cars North America, Inc.. Suggestions in opposition/response due by 2/25/2022 unless otherwise directed by the court. (Related document(s) 18 ) (Krueger, Kevin) (Entered: 02/11/2022) |
| 02/16/2022 | Ï 30 | PRO SE MOTION for leave to file Second Amended Complaint and Response to Motion to Dismiss and Motion to Strike filed by Kris Chapter Jackson. Suggestions in opposition/response due by 3/2/2022 unless otherwise directed by the court.<br><br>**** Document was submitted via EDSS 2/16/22 and filed today.**** (Ellis, Lindsey) (Main Document 30 replaced on 2/16/2022 at the request of filer, due to clerical error; NEF regenerated) (Ellis, Lindsey). (Entered: 02/16/2022) |
| 02/18/2022 | Ï 31 | SUGGESTIONS in opposition re 7 MOTION for temporary restraining order filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Reply suggestions due by 3/4/2022 unless otherwise directed by the court. (Related document(s) 7 ) (Bond, Trevor) (Entered: 02/18/2022) |
| 03/01/2022 | Ï 32 | SUGGESTIONS in opposition re 30 MOTION for leave to file *Second Amended Complaint* filed by Kevin P. Krueger on behalf of Defendant Porsche Cars North America, Inc.. Reply suggestions due by 3/15/2022 unless otherwise directed by the court. (Related document(s) 30 ) (Krueger, Kevin) (Entered: 03/01/2022) |
| 03/02/2022 | Ï 33 | SUGGESTIONS in opposition re 30 MOTION for leave to file *Dealership Defendants' Response in Opposition to Plaintiff's Motion to Amend* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Reply suggestions due by 3/16/2022 unless otherwise directed by the court. (Related document(s) 30 ) (Bond, Trevor) (Entered: 03/02/2022) |
| 03/14/2022 | Ï 34 | MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Suggestions in opposition/response due by 3/28/2022 unless otherwise directed by the court. (Bond, Trevor) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 35 | SUGGESTIONS in support re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Attachments: # 1 Exhibit Ex A Johnson County Petition, # 2 Exhibit Ex B Johnson County Quiet Title Petition, # 3 Exhibit Ex C P Mtn to Join Cases, # 4 Exhibit Ex D Mtn to Dismiss of Soave, # 5 Exhibit Ex E P Opp to D Soave's Mtn to Dismiss, # 6 Exhibit Ex F Reply in Supp of D Soave Mtn to Dismiss)(Related document(s) 34 ) (Bond, Trevor) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 36 | SUGGESTIONS in support re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendant T.E.N. Investments, Inc.. (Attachments: # 1 Exhibit Ex A Business Entity Search, # 2 Exhibit Ex B Business−For Profit Details)(Related document(s) 34 ) (Bond, Trevor) (Entered: 03/14/2022) |
| 03/14/2022 | Ï 37 | |

| | | |
|---|---|---|
| | | SUGGESTIONS in support re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendant Kayce Jones. (Related document(s) 34 ) (Bond, Trevor) (Entered: 03/14/2022) |
| 03/14/2022 | 38 | SUGGESTIONS in support re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendant Stephanie Anne Turner. (Related document(s) 34 ) (Bond, Trevor) (Entered: 03/14/2022) |
| 03/14/2022 | 39 | SUGGESTIONS in support re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendant Angela Lewitzke. (Related document(s) 34 ) (Bond, Trevor) (Entered: 03/14/2022) |
| 03/14/2022 | 40 | SUGGESTIONS in support re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendant Marion Battaglia. (Related document(s) 34 ) (Bond, Trevor) (Entered: 03/14/2022) |
| 03/14/2022 | 41 | SUGGESTIONS in support re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendant Robert Hellweg. (Related document(s) 34 ) (Bond, Trevor) (Entered: 03/14/2022) |
| 04/07/2022 | 42 | PRO SE SUGGESTIONS in opposition re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* on behalf of Plaintiff Kris Chapter Jackson. Reply suggestions due by 4/21/2022 unless otherwise directed by the court. (Related document(s) 34 )<br><br>**** Document was submitted via EDSS 4/7/22 and filed today.**** (Ellis, Lindsey) (Entered: 04/08/2022) |
| 04/21/2022 | 43 | REPLY SUGGESTIONS to motion re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Attachments: # 1 Exhibit Memorandum Decision)(Related document(s) 34 ) (Bond, Trevor) **Modified on 4/22/2022:** Main document and attachment (exhibit) deleted. Documents were filed again as Doc. 44. NEF regenerated. (Melvin, Greg) (Entered: 04/21/2022) |
| 04/21/2022 | 44 | REPLY SUGGESTIONS to motion re 34 MOTION to stay *Proceedings or Joint Motion to Dismiss* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Attachments: # 1 Exhibit A)(Related document(s) 34 ) (Bond, Trevor) **Modified on 4/22/2022:** Attachment 1 (Exhibit A) replaced. NEF regenerated. (Melvin, Greg) (Entered: 04/21/2022) |
| 05/23/2022 | 45 | ORDER on motions 4 , 7 , 15 , 29 , 30 , and 34 . A copy of this order has been mailed to Plaintiff. Signed on May 23, 2022, by District Judge Greg Kays. (Law Clerk) (Entered: 05/23/2022) |
| 06/03/2022 | 46 | SECOND AMENDED COMPLAINT, submitted via EDSS, against Aristocrat Motors − Mercedes Benz, Marion Battaglia, Chrysler Capital, Jane Does, John Does, Does 1−50, Robert Hellweg, Kayce Jones, Angela Lewitzke, Porsche Cars North America, Inc., Santander Consumer USA Inc., Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner Kris Chapter Jackson.(Crocker, Susan) (Entered: 06/03/2022) |
| 06/17/2022 | 47 | MOTION to dismiss case filed by Timothy R Tevlin on behalf of Porsche Cars North America, Inc.. Suggestions in opposition/response due by 7/1/2022 unless otherwise directed by the court. (Tevlin, Timothy) (Entered: 06/17/2022) |
| 06/17/2022 | 48 | SUGGESTIONS in support re 47 MOTION to dismiss case filed by Timothy R Tevlin on behalf of Defendant Porsche Cars North America, Inc.. (Related document(s) 47 ) (Tevlin, Timothy) (Entered: 06/17/2022) |

| | | |
|---|---|---|
| 06/17/2022 | Ï 49 | Joint MOTION to dismiss case *or, Alternatively to Stay Proceedings* filed by Trevor Matthews Bond on behalf of Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Suggestions in opposition/response due by 7/1/2022 unless otherwise directed by the court. (Bond, Trevor) (Entered: 06/17/2022) |
| 06/17/2022 | Ï 50 | SUGGESTIONS in support re 49 Joint MOTION to dismiss case *or, Alternatively to Stay Proceedings* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Attachments: # 1 Exhibit A − Memorandum Decision 4/5/22, # 2 Exhibit B − Business Search 1/26/22, # 3 Exhibit C − Business Search 6/16/22, # 4 Exhibit D − Plaintiff's First Amended Petition [Complaint], # 5 Exhibit E − Petition [Complaint])(Related document(s) 49 ) (Bond, Trevor) (Entered: 06/17/2022) |
| 06/28/2022 | Ï 51 | PRO SE MOTION for extension of time to file response/reply as to 49 Joint MOTION to dismiss case *or, Alternatively to Stay Proceedings*, 47 MOTION to dismiss case filed by Kris Chapter Jackson. Suggestions in opposition/response due by 7/12/2022 unless otherwise directed by the court. (Related document(s) 49 , 47 ) (Kern, Kendra) (Entered: 06/28/2022) |
| 06/30/2022 | Ï 52 | NOTICE of appearance by Emily Anne Joyce on behalf of Soave Automotive Group, Inc. (Attorney Emily Anne Joyce added to party Soave Automotive Group, Inc.(pty:dft))(Joyce, Emily) (Entered: 06/30/2022) |
| 06/30/2022 | Ï 53 | ORDER SETTING EXPEDITED BRIEFING SCHEDULE. Plaintiff recently filed a motion for discovery to aid in her response to Defendants' motion to dismiss. ECF No. 51. The Court orders the following briefing schedule on the motion. Defendants' opposition is due on or before July 8, 2022. Plaintiff's reply brief, if any, is due on or before July 12, 2022. The briefing on Defendants' motions to dismiss is stayed pending the Court's ruling on Plaintiff's motion. Signed on June 30, 2022, by District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached. (Law Clerk) (Entered: 06/30/2022) |
| 07/05/2022 | Ï 54 | NOTICE of appearance by Kevin D Case on behalf of Santander Consumer USA Inc. (Attorney Kevin D Case added to party Santander Consumer USA Inc.(pty:dft))(Case, Kevin) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 55 | NOTICE of appearance by Trevor Matthews Bond on behalf of Santander Consumer USA Inc. (Attorney Trevor Matthews Bond added to party Santander Consumer USA Inc.(pty:dft))(Bond, Trevor) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 56 | MOTION to dismiss case filed by Trevor Matthews Bond on behalf of Santander Consumer USA Inc.. Suggestions in opposition/response due by 7/19/2022 unless otherwise directed by the court. (Bond, Trevor) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 57 | SUGGESTIONS in support re 56 MOTION to dismiss case filed by Trevor Matthews Bond on behalf of Defendant Santander Consumer USA Inc.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Related document(s) 56 ) (Bond, Trevor) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 58 | NOTICE of appearance by Emily Anne Joyce on behalf of Santander Consumer USA Inc. (Attorney Emily Anne Joyce added to party Santander Consumer USA Inc.(pty:dft))(Joyce, Emily) (Entered: 07/05/2022) |
| 07/08/2022 | Ï 59 | RESPONSE to motion re 51 MOTION for extension of time to file response/reply as to 49 Joint MOTION to dismiss case *or, Alternatively to Stay Proceedings*, 47 MOTION to dismiss case filed by Trevor Matthews Bond on behalf of Defendant Soave Automotive Group, Inc.. Reply suggestions due by 7/22/2022 unless otherwise directed by the court. (Bond, Trevor) (Entered: 07/08/2022) |

| | | |
|---|---|---|
| 07/08/2022 | Ï 60 | RESPONSE to order re 53 Order,, *Notice of pending dismissal* filed by Timothy R Tevlin on behalf of Defendant Porsche Cars North America, Inc.. (Related document(s) 53 ) (Tevlin, Timothy) (Entered: 07/08/2022) |
| 07/11/2022 | Ï 61 | STIPULATION of dismissal *Without Prejudice* by Porsche Cars North America, Inc.. (Krueger, Kevin) (Entered: 07/11/2022) |
| 07/19/2022 | Ï 62 | PRO SE MOTION for extension of time to file response/reply as to 56 MOTION to dismiss case filed by Kris Chapter Jackson. Suggestions in opposition/response due by 8/2/2022 unless otherwise directed by the court. (Related document(s) 56 ) (Kern, Kendra) (Entered: 07/19/2022) |
| 08/02/2022 | Ï 63 | SUGGESTIONS in opposition re 62 MOTION for extension of time to file response/reply as to 56 MOTION to dismiss case filed by Trevor Matthews Bond on behalf of Defendant Santander Consumer USA Inc.. Reply suggestions due by 8/16/2022 unless otherwise directed by the court. (Related document(s) 62 ) (Bond, Trevor) (Entered: 08/02/2022) |
| 11/18/2022 | Ï 64 | MOTION to withdraw as attorney filed by Emily Anne Joyce on behalf of Soave Automotive Group, Inc.. Suggestions in opposition/response due by 12/2/2022 unless otherwise directed by the court. (Joyce, Emily) (Entered: 11/18/2022) |
| 11/18/2022 | Ï 65 | NOTICE of appearance by Alexia R. Harman on behalf of Soave Automotive Group, Inc. (Attorney Alexia R. Harman added to party Soave Automotive Group, Inc.(pty:dft))(Harman, Alexia) (Entered: 11/18/2022) |
| 01/17/2023 | Ï 66 | Order of Dismissal. Pursuant to the stipulation of dismissal between Plaintiff and Defendant Porsche Cars North America, Inc., ECF No. 61, the claims against Defendant Porsche are DISMISSED WITHOUT PREJUDICE. Since the case against Porsche is dismissed, its motion 47 to dismiss is DENIED IS AS MOOT. Signed on January 17, 2023, by District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached. (Law Clerk) (Entered: 01/17/2023) |
| 01/17/2023 | Ï 67 | ORDER granting 64 motion to withdraw as attorney. Attorney Emily Anne Joyce terminated. Signed on January 17, 2023, by District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached. (Law Clerk) (Entered: 01/17/2023) |
| 01/18/2023 | Ï 68 | ORDER ON VARIOUS MOTIONS. A copy of this order has been mailed to Plaintiff. Signed on January 18, 2023, by District Judge Greg Kays. (Law Clerk) Modified on 1/19/2023 to reflect an updated docket sheet mailed to Pro Se Plaintiff at address on file.(Kern, Kendra) (Entered: 01/18/2023) |
| 02/21/2023 | Ï 69 | PRO SE CERTIFICATE OF SERVICE Requests for admissions, interrogatories and request for documents by Pro Se Plaintiff Kris Chapter Jackson.(Kern, Kendra) (Entered: 02/21/2023) |
| 03/01/2023 | Ï 70 | CERTIFICATE OF SERVICE by Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, T.E.N. Investments, Inc., Stephanie Anne Turner *Defs' Responses, Answers, and Objections to Plaintiff's First Set of Requests for Admission, Request for Production, and Interrogatories* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, T.E.N. Investments, Inc., Stephanie Anne Turner.(Bond, Trevor) (Entered: 03/01/2023) |
| 03/08/2023 | Ï 71 | Joint MOTION for leave to file excess pages *Under L.R. 7.0(d)* filed by Trevor Matthews Bond on behalf of Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Santander Consumer USA Inc., Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Suggestions in opposition/response due by 3/22/2023 unless otherwise directed by the court. (Bond, Trevor) (Entered: 03/08/2023) |
| 03/08/2023 | Ï 72 | Joint MOTION to dismiss for lack of jurisdiction , Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or, Alternatively, to Stay Proceedings* filed by Trevor Matthews Bond on |

| | | |
|---|---|---|
| | | behalf of Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Santander Consumer USA Inc., Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Suggestions in opposition/response due by 3/22/2023 unless otherwise directed by the court. (Bond, Trevor) (Entered: 03/08/2023) |
| 03/08/2023 | 73 | SUGGESTIONS in support re 72 Joint MOTION to dismiss for lack of jurisdiction Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or, Alternatively, to Stay Proceedings* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Santander Consumer USA Inc., Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 72 ) (Bond, Trevor) (Entered: 03/08/2023) |
| 03/09/2023 | 74 | ORDER granting 71 motion for leave to file excess pages. Signed on March 9, 2023, by District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached. (Law Clerk) (Entered: 03/09/2023) |
| 03/17/2023 | 75 | PRO SE MOTION for extension of time to file response/reply as to 72 Joint MOTION to dismiss for lack of jurisdiction Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or, Alternatively, to Stay Proceedings* filed by Kris Chapter Jackson. Suggestions in opposition/response due by 3/31/2023 unless otherwise directed by the court. (Related document(s) 72 ) (Kern, Kendra) (Entered: 03/17/2023) |
| 03/20/2023 | 76 | ORDER granting 75 Plaintiff's motion for an extension of time. A copy of this order has been mailed to Plaintiff. Signed on March 20, 2023, by District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached. (Law Clerk) (Entered: 03/20/2023) |
| 04/22/2023 | 77 | PRO SE SUGGESTIONS in opposition re 72 Joint MOTION to dismiss for lack of jurisdiction Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or, Alternatively, to Stay Proceedings* on behalf of Plaintiff Kris Chapter Jackson. Reply suggestions due by 5/8/2023 unless otherwise directed by the court. (Related document(s) 72 ) Submitted on Saturday, April 22, 2023 12:12 AM via Electronic Document Submission System. (Kern, Kendra) (Entered: 04/24/2023) |
| 04/24/2023 | 78 | PRO SE NOTICE of filing by Kris Chapter Jackson re 77 Suggestions in Opposition to Motion, (Attachments: # 1 Verified Statement, # 2 Exhibit 1)(Kern, Kendra) (Entered: 04/24/2023) |
| 04/24/2023 | 79 | PRO SE NOTICE of filing Exhibit 26 by Kris Chapter Jackson 78 . The Clerk's Office received two jump drives. One will be maintained in the Clerk's Office and the other jump drive forwarded to chambers. (Kern, Kendra) (Entered: 04/24/2023) |
| 05/08/2023 | 80 | REPLY SUGGESTIONS to motion re 72 Joint MOTION to dismiss for lack of jurisdiction Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or, Alternatively, to Stay Proceedings* filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Santander Consumer USA Inc., Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. (Related document(s) 72 ) (Bond, Trevor) (Entered: 05/08/2023) |
| 05/09/2023 | 81 | MOTION to transfer venue filed by Kris Chapter Jackson. Suggestions in opposition/response due by 5/23/2023 unless otherwise directed by the court. (Houston, Kiambu) (Entered: 05/10/2023) |
| 05/23/2023 | 82 | SUGGESTIONS in opposition re 81 MOTION to change venue filed by Trevor Matthews Bond on behalf of Defendants Marion Battaglia, Robert Hellweg, Kayce Jones, Angela Lewitzke, Santander Consumer USA Inc., Soave Automotive Group, Inc., T.E.N. Investments, Inc., Stephanie Anne Turner. Reply suggestions due by 6/6/2023 unless otherwise directed by the court. (Related document(s) 81 ) (Bond, Trevor) (Entered: 05/23/2023) |
| 06/16/2023 | 83 | MOTION to withdraw as attorney filed by Kevin D Case on behalf of Soave Automotive Group, Inc.. Suggestions in opposition/response due by 6/30/2023 unless otherwise directed by the court. |

| | | |
|---|---|---|
| | | (Case, Kevin) (Entered: 06/16/2023) |
| 06/20/2023 | 84 | ORDER granting 83 motion to withdraw as attorney. Attorney Alexia R. Harman terminated. Signed on June 20, 2023, by District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached. (Law Clerk) (Entered: 06/20/2023) |
| 09/07/2023 | 85 | ORDER on motions 72 81 and transferring case to the United States District Court for the District of Kansas. A copy of this Order has been mailed to Plaintiff. Signed on September 7, 2023, by District Judge Greg Kays. (Law Clerk) Modified on 9/7/2023 to reflect mailing of copy of Order to Plaintiff (Law Clerk). (Entered: 09/07/2023) |