**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**KRIS CHAPTER JACKSON,**

**Plaintiff,**

**v.**

**SANTANDER CONSUMER USA INC., et al.,**

**Defendants.**

**Case No. 23-2403-DDC-TJJ**

**ORDER**

The court finds this present action and the state court proceedings premised on the same factual allegations are parallel cases under the *Colorado River* doctrine. And it concludes that the *Colorado River* factors favor staying this case. The court thus stays these proceedings pending resolution of the state court case. And it administratively closes this case.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendants' Renewed Joint Motion to Stay under the *Colorado River* Abstention Doctrine or the Claim-Splitting Doctrine (Doc. 120) is granted. The court stays the case and directs the Clerk of the Court to administratively close the case.

**IT IS SO ORDERED.**

**Dated this 18th day of November, 2024, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**