FILED
U.S. District Court
District of Kansas
NOV 19 2024
Clerk, U.S. District Court
By [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KRIS CHAPTER JACKSON,

Plaintiff,

v.

SOAVE AUTOMOTIVE GROUP, INC., et al.,

Defendants.

Case No: 2:23-cv-02403-DDC-TJJ

**Notice of Appeal to the District Court and 10th Cricut Court of Appeals From an Appealable Order of a District Court; and Appealability**

Come Now the above-named Plaintiff respectfully; is taking an appeal to the United States Court of Appeals for the 10th Circuit from the order ECF Number 301; on Motion to Dismiss, ***Colorado River*** **Stay** entered on November 18, 2024. Plaintiff appeals the Colorado River Stay pursuant to §1291; according to 28 U.S.C. § 1291, an appellate court has jurisdiction to review a "Colorado River stay order," meaning a stay issued by a district court based on the Colorado River abstention doctrine, because such an order is considered a "final decision" that can be appealed; this allows an appellant court to review the decision of the lower court to stay a case based on the Colorado River doctrine.

In Moses H. Cone, (Moses Cone vs. Mercury Construction Corp. 460 U.S. 1, 103 S. Ct. 927, 74 L. Ed. 2d 765 (1983)) In *Moses H. Cone*, the Supreme Court determined that a *Colorado River* stay was a final appealable order pursuant to § 1291 because "a stay of the federal suit pending resolution of the state suit meant that there would be no further litigation in the federal forum." *Moses H. Cone*, 460 U.S. at 10. The Plaintiff further appeals the entire order ECF 301, and ECF 302 entered on November 18, 2024, pursuant to the exception to the finality rule under *Cohen v. Beneficial Loan Corp.*, 337 U.S. 541 (1949). The Appellant court has "jurisdiction to review a *Colorado River* stay order pursuant to 28 U.S.C. § 1291." See: *Seneca Ins. Co., Inc. v. Strange Land, Inc.*, 862 F.3d 835, 840 (9th Cir. 2017) (citing *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 9–13 (1983)). Plaintiff now gives notice of appeal.

Dated: November 19, 2024,

By: ______________________________
Plaintiff, Jackson, Kris Chapter
(913) 804-1130
PO Box 11143
Overland Park, KS 66207

**Certificate of Service**

I hereby certify that on November 19, 2024, I electronically filed the foregoing with the clerk of the court in which such clerk uses the CM/ECF system which will send a notice of electronic filing to the parties' attorney below indicted below:

1. Attn: Kevin D. Case/C/O Soave Defendants et al. Santander Consumer USA Inc. 2600 Grand Boulevard, Suite 300 Kansas City, MO 64108
Email: kevin.case@caselinden.com and Jamie.welch@caselinden.com

By: ______________________________
Plaintiff, Jackson, Kris Chapter
(913) 804-1130
PO Box 11143
Overland Park, KS 66207