**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**KRIS CHAPTER JACKSON,**

**Appellant,**

**v.**

**SOAVE AUTOMOTIVE GROUP, INC., et al.,**

**Appellees.**

**Case No: 2:23-cv-02403-DDC-TJJ**

**JOINT STIPULATION FOR DISMISSAL**

Plaintiff Kris Chapter Jackson (a/k/a Chapter Kris Jackson) and Defendants Soave Automotive Group, Inc., T.E.N. Investments, Inc., Marion Battaglia, Stephanie Turner, Angela Lewitzke, Robert Hellweg, Kayce Jones And Santander Consumer USA Inc. d/b/a Chrysler Capital, hereby jointly stipulate to and move for the dismissal of the above-captioned action with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted,

Kris Chapter Jackson (a/k/a Chapter Kris Jackson)
P.O. Box 11143
Overland Park, KS 66207
Phone: 424-272-5269
jackson@chchproductions.com
Plaintiff *pro se*

**Case Linden P.C.**

Patric S. Linden, MO 49551; KS 18305
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108
Tel: (816) 979-1500
Fax: (816) 979-1501
patric.linden@caselinden.com
Attorneys for Defendants Appellees Soave Automotive Group, Inc., T.E.N. Investments, Inc., Marion Battaglia, Stephanie Turner, Angela Lewitzke, Robert Hellweg, Kayce Jones And Santander Consumer USA Inc. d/b/a Chrysler Capital

**Certificate of Service**

I hereby certify that on October 27, 2026, a true and correct copy of the above and foregoing was mailed via U.S. Mail, First Class Postage prepaid and sent via electronic mail to the following parties of record:

Kris Chapter Jackson (a/k/a Chapter Kris Jackson)
P.O. Box 11143
Overland Park, KS 66207
Phone: 424-272-5269
jackson@chchproductions.com
Appellant *pro se*

/s/ Patric S. Linden
Patric S. Linden